TUCKER ELLIS & WEST LLP
MOLLIE F. BENEDICT (SBN 187084)
E. TODD CHAYET (SBN 217694)
JOSHUA WES (SBN 238541)
515 SOUTH FLOWER STREET
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409
Email: mollie.benedict@tuckerellis.com; todd.chayet@tuckerellis.com

TUCKER ELLIS & WEST LLP
REBECCA M. BIERNAT (SBN 198635)
135 Main Street, Suite 700
San Francisco, California 94105
Telephone:  415.617.2400
Facsimile:  415.617.2409
Email: rebecca.biernat@tuckerellis.com

Attorneys for Defendants ALZA CORPORATION and
JANSSEN PHARMACEUTICALS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY HENCE,<br><br>         Plaintiffs,<br><br>    v.<br><br>ALZA CORPORATION, JANSSEN PHARMACEUTICALS, INC. and JOHN DOES 1 - 100,<br><br>         Defendants. | Case No. 2:12-cv-00396-GEB-EFB<br><br>**STIPULATION AND ORDER TO REMAND** |

012165 / 004214 / 769575 / 1 /

Plaintiff Roy Hence, Defendant ALZA Corporation, and Defendant Janssen Pharmaceuticals, Inc. consent and stipulate to have this case remanded to the Superior Court of the State of California, County of Solano (Case No. FCS039342).

DATED:  February 23, 2012                    TUCKER ELLIS & WEST LLP


By:  _____/s/_____
E. TODD CHAYET
Attorneys for Defendants
ALZA CORPORATION and JANSSEN
PHARMACEUTICALS, INC.


HEYGOOD ORR & PEARSON


By:  _____/s/_____
CHARLES W. MILLER
Attorneys for Plaintiff
ROY HENCE


## ORDER

The Court hereby REMANDS this case to the Superior Court of the State of California, County of Solano.

**Date:  2/23/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

012165 / 004214 / 769575 / 1 /